UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED DJ GRIFFEN,<br><br>Defendant. | Case No. CR19-081RSM<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter has come before the Court on Alfred DJ Griffen's motion to terminate his remaining period of supervised release. The Court has reviewed the defendant's motion and the records and files herein.

IT IS NOW ORDERED that Defendant's motion for early termination of supervised release is DENIED.

DATED this 28th day of October, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1