UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED DJ GRIFFEN,<br><br>Defendant. | NO. CR19-0081RSM<br><br>ORDER DENYING DEFENSE MOTION TO TRAVEL |

The Court, having considered defendant's Motion to Travel (docket #69), and being advised of the position of the Government and U. S. Probation, hereby DENIES the motion

DATED this 31st day of July, 2025.

*/s/ Thomas S. Zilly*
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE for
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1