THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-081-RSM |
| Plaintiff, | |
| v. | ORDER TO COMPEL DISCOVERY |
| ALFRED DJ GRIFFEN, | |
| Defendant. | |

THE COURT has considered Alfred Griffen's motion to compel discovery along with the records in this case.

IT IS ORDERED that USPO immediately produce polygraph reports in Mr. Griffen's case since January 1, 2025.

DATED this 12th day of September 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mukund Rathi*
Assistant Federal Public Defender
Attorney for Alfred Griffen

ORDER TO COMPEL DISCOVERY
(*U.S. v. Griffen*, CR19-081-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**