THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALFRED DJ GRIFFEN,<br><br>　　　　　　Defendant. | No. CR19-081-RSM<br><br>ORDER TO SEAL EXHIBITS |

THE COURT has considered Alfred DJ Griffen's Motion to Seal Exhibits 4 and 5 and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Exhibits 4 and 5 be filed under seal.

DONE this 19th day of September 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mukund Rathi*
Assistant Federal Public Defender
Attorney for Alfred Griffen

ORDER TO SEAL EXHIBITS
(*U.S. v. Griffen*, CR19-081-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100